CO-386-online
10/03

# United States District Court
# For the District of Columbia

IRONS LLC )
)
)
)
**Plaintiff** )
vs )   Civil Action No._____
)
WILLIAM FREDERICK BRANDES )
)
)
**Defendant** )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **plaintiff**_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **none**_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Edward S. Irons_
Signature

**149898**
BAR IDENTIFICATION NO.

**Edward S. Irons**
Print Name

**3945 - 52nd Street, N. W.**
Address

**Washington, D. C. 20016**
City            State            Zip Code

**(202) 362-5332**
Phone Number