IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IRONS, LLC                            :
3945 52nd Street, N.W.               :
Washington, D.C.  20016        :
                                  :
     *Plaintiff*,                   :
                                  :
v.                                 :  Case No. 06-cv-297 RMC
                                  :
WILLIAM FREDERICK BRANDES   :
4201 Cathedral Avenue, N.W.   :
Apt. 416                      :
Washington, D.C.  20016        :
                                  :
     *Defendant*.                  :

### ***DEFENDANT'S MOTION TO DISMISS***

Defendant William Frederick Brandes, by and through his undersigned attorneys, and pursuant to Rule 12(b)(6), moves to dismiss plaintiff's Complaint on the ground that it fails to state a claim upon which relief can be granted.

WHEREFORE, for the foregoing reasons, and as more fully set forth in defendant's statement of points and authorities in support of this motion, adopted herein by reference, Defendant William Frederick Brandes respectfully prays that the Court dismiss plaintiff's Complaint with prejudice, award him his attorney's fees and costs in connection with this action, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

FUREY, DOOLAN & ABELL, LLP

By:  _/s/_____.
      Robert E. Grant, Bar No. 458157
      8401 Connecticut Avenue, Suite 1100
      Chevy Chase, Maryland  20815-5803
      Tel. 301.652.6880
      Fax 301.652.8972
      Email:  rgrant@fdalaw.com

      *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of March, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Edward S. Irons, Esquire, 3945 52nd Street, N.W., Washington, D.C.  20016.

                      /s/                                  .
                      Robert E. Grant