IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONS, LLC, | : |
| *Plaintiff*, | : |
| v. | : Case No. 06-cv-297 RMC |
| WILLIAM FREDERICK BRANDES, | : |
| *Defendant*. | : |

### *ORDER GRANTING DEFENDANT'S MOTION TO DISMISS*

UPON CONSIDERATION of Defendant William Frederick Brandes's Motion to Dismiss, and any opposition thereto, and good cause having been shown, it is, by the United States District Court for the District of Columbia, hereby

ORDERED, that Defendant William Frederick Brandes's Motion to Dismiss be, and the same hereby is, GRANTED; and it is further

ORDERED, that this action be, and it hereby is, DISMISSED WITH PREJUDICE.

FDADB/67512/1/7047/01 3/21/2006 10:42 AM