UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS LLC                          :
              Plaintiff            :
                                   :
     v.                            :   Civil Action 1:06cv297 RMC
                                   :
WILLIAM FREDERICK BRANDES           :
              Defendant            :

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL,
*WITHOUT PREJUDICE*, PURSUANT TO FED.R.CIV.P. 41(a)(1)

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiff hereby gives notice of voluntary dismissal of this case, without prejudice.

There has been no service by the adverse party, William Frederick Brandes, of an answer or of a motion for summary judgment.

/S/
Edward S. Irons
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202)  362-5332 - voice
(202)  966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of March, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Dolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803.

                                     /s/_____
                                     Edward S. Irons

llc-volundis
3/28/06